437 A.2d 1264

Brenda HASCHAK, Administratrix of the Estate of
Steven Haschak

v.

ESCAPADE INC., t/a Mirage Cocktail Lounge and Brian Robert Shannon and Frederick C. Barr and Anne Marie Barr.

Appeal of ESCAPADE INC., t/a Mirage Cocktail Lounge.

Anthony CREAZZO

v.

BARR'S PLACE, Frederick C. Barr and Anne Marie Barr, his wife, Russell Trumbauer and Mary Louise Trumbauer and Escapade Inc., t/a Mirage Cocktail Lounge and Brian Robert Shannon.

Appeal of Russell TRUMBAUER and Mary Louise Trumbauer and Escapade Inc., t/a Mirage Cocktail Lounge.

Superior Court of Pennsylvania.

Argued Dec. 4, 1980.

Filed Dec. 11, 1981.

John D. DiGiacomo, Easton, for appellants.

Kevin J. Kelleher, Easton, for appellees.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

PER CURIAM:

These appeals were taken in this case from an order denying motions for new trial and judgment n. o. v. Since judgment has not been entered, the case is not properly

before us. Pa. R.A.P. 301(c); *Brogley v. Chambersburg Engineering Company*, 283 Pa. Superior Ct. 562, 424 A.2d 952 (1981).

Appeals quashed.